IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Chelsea D. Boykin, ) | C/A No. 3:18-599-TLW-PJG |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| Wells Fargo Bank, N.A., ) | |
| ) | |
| Defendant. ) | |

The plaintiff, Chelsea D. Boykin, a self-represented litigant, filed this action seeking relief pursuant to Title VII of the Civil Rights Act of 1964 ("Title VII"), 42 U.S.C. §§ 2000e, et seq.; the Americans with Disabilities Act ("ADA"), 42 U.S.C. §§ 12101, et seq.; and the Equal Pay Act of 1963, 29 U.S.C. § 206(d). The defendant filed a motion for judgment on the pleadings and/or motion to dismiss on November 30, 2018, pursuant to the Federal Rules of Civil Procedure. (ECF No. 52.) As Boykin is proceeding *pro se*, the court entered an order pursuant to Roseboro v. Garrison, 528 F.2d 309 (4th Cir. 1975), on December 3, 2018, advising Boykin of the importance of a motion for judgment on the pleadings and/or motion to dismiss and of the need for her to file an adequate response. (ECF No. 53.) Boykin was specifically advised that if she failed to respond adequately, the defendant's motion may be granted, thereby ending her case.

Notwithstanding the specific warning and instructions set forth in the court's Roseboro order, Boykin has failed to respond to the motion. As such, it appears to the court that she does not oppose the motion and wishes to abandon this action.

Based on the foregoing, it is

PJG

**ORDERED** that Boykin shall advise the court as to whether she wishes to continue with this case and to file a response to the defendant's motion for judgment on the pleadings and/or motion to dismiss within fourteen (14) days from the date of this order.  Plaintiff is further advised that if she fails to respond, **this action may be recommended for dismissal with prejudice for failure to prosecute.**  See Davis v. Williams, 588 F.2d 69, 70 (4th Cir. 1978); Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED.**

January 11, 2019
Columbia, South Carolina

_____
Paige J. Gossett
UNITED STATES MAGISTRATE JUDGE